UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 24-03219-SPG-JPR | Date: | September 5, 2024 |
| Title | Certified Transactional Integrity, LLC v. Primex Clinical Laboratories, Inc. | | |

Present: The Honorable  SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:** **[In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiff is **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period has not been met. Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, **on or before September 18, 2024,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiffs response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a Defendant within 90 days after the complaint is filed. Plaintiff(s) have failed to file a proof of service within 90 days of the filing of the Complaint on the following Defendant(s):

- **Primex Clinical Laboratories, Inc.**

Plaintiff can satisfy this order by showing that service was effectuated within the 90 day deadline or by showing good cause for the failure to do so. Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 24-03219-SPG-JPR | Date | August 13, 2024 |
| Title | Certified Transactional Integrity, LLC v. Primex Clinical Laboratories, Inc. | | |

**IT IS SO ORDERED**.

00 : 00

Initials of Preparer   pg